UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-146-MOC

| | |
|---|---|
| DEIDRE L. TRANTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KILOJO KIJAKAZI, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Remand to the Commissioner for further administrative proceedings before a different administrative law judge (ALJ). (Doc. No. 12). The Commissioner wishes to conduct further fact finding.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion (Doc. No. 10), with Plaintiff's consent, to remand this case for further administrative proceedings, the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing. See Melkonyan v. Sullivan, 501 U.S. 89 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993).

Furthermore, Plaintiff's brief, showing as a pending motion in Doc. No. 10, shall be terminated as **MOOT**.

**SO ORDERED.**

Signed: November 20, 2023

Max O. Cogburn Jr.
United States District Judge